628          OCTOBER TERM, 1922.

Cases Disposed of Without Consideration by the Court.   261 U. S.

No. 253. M. FRANK ANDREWS v. UNITED STATES. Error to the District Court of the United States for the Western District of South Carolina. February 26, 1923. Judgment reversed, upon confession of error by the defendant in error, on motion of *Mr. Hugh H. Obear* for plaintiff in error, with consent thereto by *Mr. Solicitor General Beck* for the United States. *Mr. Hugh H. Obear, Mr. Charles A. Douglas, Mr. Richard A. Ford* and *Mr. H. C. Miller* for plaintiff in error. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Blackburn Esterline,* Assistant to the Solicitor General, for the United States.

---

No. 686. SOUTHERN RAILWAY COMPANY v. A. D. WATTS, ETC., ET AL. Appeal from the District Court of the United States for the Western District of North Carolina. February 26, 1923. Dismissed with costs, on motion of counsel for appellant. *Mr. S. R. Prince* for appellant. No appearance for appellees.

---

No. 713. CHARLES A. HOUTS ET AL. v. W. E. McKINNEY, AS GUARDIAN, ETC., ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. March 5, 1923. Dismissed with costs, per stipulation. *Mr. Charles A. Houts* for appellants. No appearance for appellees.

---

No. 687. ATLANTIC & YADKIN RAILWAY COMPANY v. A. D. WATTS, ETC., COMMISSIONER OF REVENUE, ET AL. Appeal from the District Court of the United States for the Western District of North Carolina. March 12, 1923. Dismissed with costs, on motion of counsel for appellant. *Mr. S. R. Prince* for appellant. No appearance for appellees.